FILED
2020 Nov-17 AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE CO., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-43-GMB |
| 3D AIR SERVICES, INC., and CHOATE CONSTRUCTION COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

For the reasons stated in the memorandum opinion entered on this date, the complaint is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is DIRECTED to close this file.

DONE and ORDERED on November 17, 2020.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE